UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEREK GRIER,<br>individually and on behalf of others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>          Defendant. | CIVIL ACTION NO. 1:22-cv-11859 PBS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff Derek Grier and Defendant Allstate Insurance Company, by and through their respective counsel of record, hereby stipulate to the dismissal with prejudice of the above-captioned action, without fees or costs to any party, and with all rights of appeal waived.

| | |
|---|---|
| */s/ Raven Moeslinger* | */s/ Kristin G. McGurn* |
| Raven Moeslinger (BBO No. 687956) | Kristin G. McGurn (BBO No. 559687) |
| Nicholas F. Ortiz (BBO No. 655135) | SEYFARTH SHAW LLP |
| Law Office of Nicholas F. Ortiz, P.C. | Seaport East |
| One Boston Place, Suite 2600 | Two Seaport Lane, Suite 1200 |
| Boston, MA 02108 | Boston, Massachusetts 02210 |
| (617) 338-9400 | (617) 946-4800 |
| rm@mass-legal.com | kmcgurn@seyfarth.com |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |

Stipulation of dismissal approved by the Court, in light of Plaintiff's claim under the Fair Labor Standards Act.

                                                                                         By: /s/PATTI B. SARIS    8/15/2024
                                                                                          UNITED STATES DISTRICT JUDGE